### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH** | Lead Case No.: 19-cv-02170 |
| CATHERINE BERTHET, as Representative of the Estate of CAMILLE GEOFFROY, deceased, | **SHORT FORM COMPLAINT AND NOTICE OF ADOPTION OF MASTER COMPLAINT** |
| Plaintiff, | |
| v. | |
| THE BOEING COMPANY, a Delaware corporation; ROSEMOUNT AEROSPACE, INC., a Delaware corporation; ROCKWELL COLLINS, INC., a Delaware corporation, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

PLAINTIFF(s), CATHERINE BERTHET, as Representative of the Estate of CAMILLE GEOFFROY, deceased, COMPLAINS OF THE DEFENDANTS AND EACH OF THEM AS FOLLOWS:

1. Plaintiff(s) refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH, as though fully set forth herein. Plaintiff(s) hereby adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff(s) adopt(s) each of the general allegations of the Master Complaint except for those paragraph numbers set forth here, if any: _____

_____

### CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ THE BOEING COMPANY

☒ ROSEMOUNT AEROSPACE, INC.

☒ ROCKWELL COLLINS, INC.

4. Plaintiff incorporates by reference each of the Counts in the Master Complaint checked below:

*As* against *THE BOEING COMPANY:*

☒ Count One for Negligence

☒ Count Two for Breach of Warranty

☒ Count Three for Strict Liability

☒ Count Four for Failure to Warn

*As against ROSEMOUNT AEROSPACE, INC.:*

☒ Count Five for Negligence

☒ Count Six for Strict Liability

☒ Count Seven for Breach of Warranty

2

*As against ROCKWELL COLLINS, INC.:*

☒ Count Eight for Negligence

☒ Count Nine for Strict Liability

☒ Count Ten for Breach of Warranty

## PLAINTIFF(S) INFORMATION:

4. Decedent, CAMILLE GEOFFROY, is an individual who was killed in the crash of Ethiopian Airlines Flight ET 302 on March 10, 2019.

5. The following Plaintiffs are heirs, beneficiaries, and/or next of kin of Decedent, or other persons entitled to bring an action for the wrongful death of Decedent, and bring the causes of action alleged herein on behalf of all heirs and next of kin, including but not limited to: her mother Catherine Berthet, her father Olivier Geoffroy, her brother Cesar Blavet, her brother Winston Geoffroy, and her brother Alfred Geoffroy.

6. Plaintiff(s) is a resident of a foreign nation. Plaintiff(s)' decedent is a resident of a foreign nation.

7. Decedent's Estate is represented in the following capacity:

☒ CATHERINE BERTHET is Representative of the Estate of Decedent and is authorized to bring an action on behalf of the Decedent. Plaintiff was appointed in this capacity on July 13, 2020.

☐ Other (please describe):

_____.

## PLAINTIFF(S) DAMAGES:

8. Plaintiff(s) requests the relief checked below:

All past and future general and compensatory damages in an amount according to proof at trial, including the following:

☒ For Decedent's conscious and physical pain and suffering, fright and terror, fear of impending and imminent death, mental anguish, and emotional distress, in an amount according to proof at trial.

3

☒ For past and future loss of support and services in money or in kind, in an amount according to proof at trial.

☒ For past and future loss of consortium, love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, advice, tutelage, and guidance, in an amount according to proof at trial.

☒ For past and future grief, emotional distress, and sorrow, in an amount according to proof at trial.

☒ For funeral expenses, burial expenses, estate administration expenses, and other related expenses in an amount according to proof at trial.

☒ For expenses for the identification and/or transportation of Decedent's remains, according to proof at trial.

☒ For all property losses, in an amount according to proof at trial.

☒ For attorneys' fees, costs and other damages as permitted under applicable laws.

☒ For punitive and exemplary damages in an amount according to proof at trial;

☒ For pre- and post-judgment interest on all damages as allowed by the law.

☒ For all costs of suit incurred herein.

☒ For such other and further relief as the Court shall deem just and proper.

☐ Other (specify):

_____

_____

## ADDITIONAL ALLEGATIONS, IF ANY

9.  _____

_____

_____

_____

_____

## DEMAND FOR JURY TRIAL

PLAINTIFF(S) hereby demand(s) a trial by jury as to all claims in this action.

Dated: August 14, 2020

        s/ Robert A. Clifford
Robert A. Clifford (ARDC No. 0461849)
Kevin P. Durkin (ARDC No. 3127906)
Tracy A. Brammeier (ARDC No. 6317792)
John V. Kalantzis (ARDC No. 6283187)
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, 31st Floor
Chicago, IL 60602
Tel: (312) 899-9090
Fax: (312) 251-1160
rac@cliffordlaw.com
kpd@cliffordlaw.com
tab@cliffordlaw.com
jvk@cliffordlaw.com

Joseph W. Cotchett
Frank M. Pitre
Alison E. Cordova
John P. Thyken
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
fpitre@cpmlegal.com
acordova@cpmlegal.com
jthyken@cpmlegal.com