**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ETHIOPIAN AIRLINES FLIGHT ET 302 CRASH<br><br>This Document Relates To:<br>**CATHERINE BERTHET**, Individually, and as Special Administrator and Special Representative of the Estate of **CAMILLE GEOFFROY**, deceased,<br><br>Case No.: 1:20-cv-04788 | Civil No.    1:19-cv-02170<br><br>District Judge:    Hon. Jorge L. Alonso |

**<u>ORDER</u>**

On the Motion of Plaintiff, **CATHERINE BERTHET**, Individually, and as Special Administrator and Special Representative of the Estate of **CAMILLE GEOFFROY**, deceased, to Approve Settlement of Claims and Dismiss All Claims, due notice given and the Court advised, the Court finds that:

A. Clifford Law Offices, P.C. and Cotchett Pitre & McCarthy, LLP and their attorneys are competent to represent the interest of the beneficiaries;
B. The settlement reached by the parties in this case is fair and reasonable, and in the best interest of all parties; and
C. The allocations and distributions as submitted in Exhibit 1 to the Plaintiff's Motion are approved.

THEREFORE, IT IS HEREBY ORDERED:

1. The claims of Plaintiff, **CATHERINE BERTHET**, Individually, and as Special Administrator and Special Representative of the Estate of **CAMILLE GEOFFROY**, deceased originally filed in case number 20-cv-04788 and consolidated with lead case number 19-cv-02170, are hereby dismissed in their entirety with prejudice, with each party to bear its own attorneys' fees and costs. This fully resolves Plaintiff's claims for the death of Decedent;
2. The claims of all other Plaintiffs in this consolidated action proceeding under Case No. 19-cv-02170 are unaffected by this Order.

So Ordered.

Dated: <u>April 29, 2024</u>

                                                                                                     Judge Jorge L. Alonso